# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA WELLS, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>MCKESSON CORPORATION; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER PHARMACEUTICALS CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS INC., BERLEX LABORATORIES, INC., BERLEX, INC.; BAYER SCHERING PHARMA AG; BAYER AG; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 10-1550 SBA<br><br>Assigned to: Hon. Saundra Brown Armstrong<br><br>**ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO STAY ACTION PENDING TRANSFER TO MULTIDISTRICT PROCEEDINGS** |

[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO STAY ACTION
PENDING TRANSFER TO MULTIDISTRICT PROCEEDINGS -- CASE NO. CV 10-1550 SBA

1  The Court, having fully considered the papers jointly submitted by the parties in
2  connection with the Joint Motion for Administrative Relief To Stay Action Pending Transfer to
3  Multidistrict Proceedings, and good cause appearing, HEREBY ORDERS that the above-
4  captioned case is STAYED pending transfer to MDL No. 2100.
5  **IT IS SO ORDERED.**

Dated: 5/3/10

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

- 2 -

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, California 94111

[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO STAY ACTION PENDING TRANSFER TO MULTIDISTRICT PROCEEDINGS -- CASE NO. CV 10-1550 SBA